IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR191 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS GARCIA-APALONIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the indictment herein is dismissed without prejudice as to the defendant, Jesus Garcia-Apalonia, only.

DATED this 5th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court